JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MOISES VILLALOBOS,

               Plaintiff,

     v.

MULBERRY ROW, LLC, *et al.*,

               Defendants.

Case No. 2:25-cv-10310-FLA (JCx)

**ORDER DISMISSING ACTION [DKT. 18]**

1

On December 24, 2025, Plaintiff Moises Villalobos ("Plaintiff") filed a Notice of Voluntary Dismissal of Entire Action ("Notice of Dismissal"), requesting the court dismiss the action without prejudice pursuant to Fed. R. Civ. P. 41(a)(1).  Dkt. 18. Having considered the Notice of Settlement and finding good cause therefor, the court hereby ORDERS:

1. All deadlines governing this action are vacated.  The court's November 14, 2025 Order to Show Cause, Dkt. 11, is DISCHARGED.

2. The court DISMISSES the action without prejudice.

IT IS SO ORDERED.

Dated: January 12, 2026

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

2